UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL,

                Plaintiff,

– against –

DUTCHESS RECREATIONAL VEHICLES, INC.,

                Defendant.

**ORDER**

22 Civ. 1828 (ER)

RAMOS, D.J.:

    In this matter, the defendant was served on March 16, 2022. Doc. 6. The defendant's answer was due April 6, 2022. *Id.* As of this date, the defendant has neither appeared nor answered, and there has been no further action to date. Plaintiff is therefore directed to submit a status report by April 27, 2022. Failure to comply could result in adverse actions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: April 20, 2022
         New York, New York

                                                Edgardo Ramos, U.S.D.J.